UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>    Plaintiff,<br><br>    v.<br><br>P. COVELLO, et al.,<br><br>    Defendants. | No. 2:24-cv-1309 DJC CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 10, 2024 (ECF No. 7) are adopted in full;

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 5) is denied;

3. Plaintiffs Motion for Equitable Relief (ECF No. 8) is denied;

4. Plaintiff is granted fourteen days from the date of this order within which to pay the $405 filing fee for this action. Failure to pay the filing fee within 14 days will result in dismissal; and

5. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **October 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

cald1309.804