UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No. 2:24-cv-1309 DJC CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. COVELLO, | |
| Defendant. | |

Plaintiff is a California prisoner proceeding pro se. On October 24, 2024, the Court denied Plaintiff's request to proceed in forma pauperis and ordered that Plaintiff pay the $405 filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: **January 9, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE