UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. CALDERON, | No. 2:24-cv-01309-DJC-CKD |
| Plaintiff, | |
| v. | ORDER |
| P. COVELLO | |
| Defendant. | |

Pending before the Court is Plaintiff Juan Calderon's Motion for Reasonable Reconsideration (ECF No. 15) of the Court's Order on January 10, 2025, dismissing this case.  A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  *Id.* at 1263.

This case was dismissed because Plaintiff failed to pay the filing fee after the court denied plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g); the Court found that under the terms of that statute, plaintiff had "struck

1

out" and Plaintiff did not adequately allege in his pleadings that he is under "imminent danger of serious physical injury."

There has not been a change in the law, clear error was not committed and neither dismissal of this action nor the denial of Plaintiff's motion to proceed in forma pauperis are manifestly unjust.  To the extent Plaintiff alleges that he faces an imminent danger based on new evidence, any such evidence would be irrelevant since the availability of the "imminent danger" exception turns on the conditions a prisoner faced at the time the complaint was filed, not at some earlier or later time. *See Andrews v. Cervantes,* 493 F.3d 1047, 1053 (9th Cir. 2007).

For these reasons, IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration (ECF Nos. 14,15) is DENIED.  The Clerk of Court shall serve a copy of this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   **March 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – CALDERON26cv01309.mfr_v1

2